## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

RODNEY W. MCCLANTON,
ADC #108785                                                                    PLAINTIFF

V.                           3:12CV00252 JTR

PAUL PAYMENT, Jailer,
Crittenden County Detention Facility, et al.                      DEFENDANTS

## ORDER OF DISMISSAL[1]

The parties move to dismiss this case pursuant to settlement. *See* Doc. #42. The Court finds good cause for granting the Motion. *See* Fed. R. Civ. P. 41(a).

IT IS THEREFORE ORDERED THAT:

1.   The Motion to Dismiss Due to Settlement (Doc. #42) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2.   The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order of Dismissal and the accompanying Judgment would not be taken in good faith.

Dated this 25th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On May 10, 2013, the parties consented to proceed before a United States Magistrate Judge. *See* Doc. #41.