# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RODNEY W. MCCLANTON,
ADC #108785                                                                                                    PLAINTIFF

V.                                     3:12CV00252 JTR

PAUL PAYMENT, Jailer,
Crittenden County Detention Facility, et al.                                          DEFENDANTS

## JUDGMENT[1]

Consistent with the Order of Dismissal that was entered on this day, this case is DISMISSED, WITH PREJUDICE, pursuant to settlement. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 25th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On May 10, 2013, the parties consented to proceed before a United States Magistrate Judge. *See* Doc. #41.